**MEMO ENDORSED**

March 26, 2021

**Via ECF**

The Honorable Katherine Polk Failla,
  United States District Court for the
    Southern District of New York,
      40 Foley Square, Room 2103,
        New York, New York  10007.

> Re: *Arkansas Teacher Retirement System* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-05615;
>
> *Retirement Program for Employees of the Town of Fairfield, et al.* v. *Allianz Global Investors U.S. LLC*, No. 20-cv-05817;
>
> *Lehigh University* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv7061;
>
> *Teamster Members Retirement Plan* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-07154;
>
> *Blue Cross and Blue Shield Association National Employee Benefits Committee* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-07606;
>
> *Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, et al.* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-07842;
>
> *Chicago Area I.B. of T. Pension Plan & Trust, et al.* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-07952;
>
> *The Employes' Retirement System of the City of Milwaukee* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-08642;
>
> *The Chicago & Vicinity Laborers' District Council Pension Fund, et al.* v. *Allianz Global Investors U.S. LLC, et al.,* No. 20-cv-09478;
>
> *The Boards Of Trustees For The Carpenters Health And Security Trust Of Western Washington, et al* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-09479;
>
> *United Food & Commercial Workers Unions & Employers Midwest Pension Fund, et al.* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-09587; and
>
> *Trustees of the International Brotherhood of Electrical Workers, Local No. 38 Pension Fund Pension Plan* v. *Allianz Global Investors U.S. LLC, et al.*, No. 20-cv-10028.

Dear Judge Failla:

In accordance with Rule 21.8 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, Defendant Allianz Global Investors U.S. LLC ("AllianzGI") respectfully requests Your Honor's approval to permanently seal certain declarations and all accompanying exhibits filed on February 25, 2021 in support of motions to dismiss in the above-referenced actions. Certain exhibits to these declarations included financial account numbers and taxpayer-identification numbers that inadvertently were not redacted as required under Federal Rule of Civil Procedure 5.2. As instructed by the Clerk's

The Honorable Katherine Polk Failla                                                                                              -2-

Office, these declarations and all their accompanying exhibits will be re-filed today, with the information referenced above redacted from certain exhibits. AllianzGI has requested that the Clerk's Office temporarily seal the declarations and exhibits pending Your Honor's ruling on this request to permanently seal them.

The declarations with the affected exhibits to be permanently sealed are located at the following docket entries:

- No. 20-cv-05615 – ECF No. 84;
- No. 20-cv-05817 – ECF No. 56;
- No. 20-cv-07061 – ECF Nos. 56 & 58;
- No. 20-cv-07154 – ECF Nos. 72 & 74;
- No. 20-cv-07606 – ECF No. 73;
- No. 20-cv-07842 – ECF No. 54;
- No. 20-cv-07952 – ECF No. 72;
- No. 20-cv-08642 – ECF No. 98;
- No. 20-cv-09478 – ECF No. 64;
- No. 20-cv-09479 – ECF No. 64;
- No. 20-cv-09587 – ECF No. 53; and
- No. 20-cv-10028 – ECF No. 46.

Respectfully,

| /s/ Robert J. Giuffra, Jr. | /s/ Robert A. Skinner |
|---|---|
| Robert J. Giuffra, Jr. | Robert A. Skinner |
| Stephanie G. Wheeler | Amy D. Roy |
| Kathleen Suzanne McArthur | Mary Elizabeth Brust |
| Ann-Elizabeth Ostrager | Cole A. Goodman |
| Jacob M. Croke | ROPES & GRAY LLP |
| Hilary M. Williams | Prudential Tower |
| SULLIVAN & CROMWELL LLP | 800 Boylston |
| 125 Broad Street | Boston, MA 02199 |
| New York, New York 10004-2468 | Telephone: (617) 951-7000 |
| Telephone: (212) 558-4000 | Facsimile: (617) 951-7050 |
| Facsimile: (212) 558-3588 | |

*Counsel for Defendant Allianz Global Investors U.S. LLC*

cc:      All parties of record (by ECF)

Application GRANTED.  Due to the sensitive information contained therein, the docket entries specified above shall be sealed, viewable only to the Court and parties.

Dated:    March 26, 2021                              SO ORDERED.
          New York, New York

                                                      *[signature: Katherine Polk Failla]*

                                                      HON. KATHERINE POLK FAILLA
                                                      UNITED STATES DISTRICT JUDGE