UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY DEFINED BENEFIT PENSION PLAN MASTER TRUST, MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY PENSION PLAN, and METROPOLITAN TRANSPORTATION AUTHORITY OTHER POSTEMPLOYMENT BENEFIT PLAN,<br><br>   Plaintiffs,<br><br>  v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC and ALLIANZ SE,<br><br>   Defendants. | Case No. 20 Civ. 7842 (KPF) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiffs Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Manhattan and Bronx Surface Transit Operating Authority Pension Plan, and Metropolitan Transportation Authority Other Postemployment Benefit Plan (together, the "Plaintiffs"), and Defendants Allianz Global Investors U.S. LLC and Allianz SE have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: May 16, 2022
New York, New York

*/s/ Javier Bleichmar*

Javier Bleichmar
George N. Bauer
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
gbauer@bfalaw.com

*Counsel for Plaintiffs*

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Allianz Global Investors U.S. LLC and Allianz SE*

*/s/ Regina Calcaterra*

Regina Calcaterra
Justin Teres
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone: (212) 899-1760
rcalcaterra@calcaterrapollack.com
jteres@calcaterrapollack.com

*Counsel for Plaintiffs*

*/s/ Robert A. Skinner*

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*